**Order entered December 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00618-CV

### CHARLES MITCHELL, Appellant

### V.

### RUTH HOUSTON, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14792**

## ORDER

Before the Court is appellant's December 3, 2013 motion for judicial notice of section 482(4) of the Texas Probate Code, upon which he relies in his brief on the merits. Because appellant, who is pro se, has attached a copy of the statute to his motion, we construe the motion as a request to supplement the appendix to his brief, **GRANT** the motion, and **ORDER** the motion be designated as appellant's supplemental appendix. *See* TEX. R. APP. P. 38.1(k).

/s/      DAVID LEWIS
            JUSTICE